

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00529-CV

**LITTLE & GORGEOUS, INC.** d/b/a Wild & Gorgeous Transfers and Amanda Fournier,
Appellants

v.

**WILD TRIBE SCREEN PRINTS, LLC**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-03687
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE MASSEY BRISSETTE, AND JUSTICE
MCCRAY

In accordance with this court's opinion of this date, the trial court's order overruling Little & Gorgeous, INC. d/b/a Wild & Gorgeous Transfers and Amanda Fournier's second amended special appearance is REVERSED and judgment is RENDERED dismissing appellee Wild Tribe Screen Prints, LLC's lawsuit against appellants Little & Gorgeous, INC. d/b/a Wild & Gorgeous Transfers and Amanda Fournier for lack of personal jurisdiction.

We ORDER appellants Little & Gorgeous, INC. d/b/a Wild & Gorgeous Transfers and Amanda Fournier shall recover from appellee Wild Tribe Screen Prints, LLC the costs incurred in this court.

SIGNED March 12, 2025.

_____
Lori I. Valenzuela, Justice